# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CYNTHIA PRUITT-LEMLEY,

    Plaintiff,

v.

CHURCH MUTUAL INSURANCE COMPANY,

    Defendant.

Case No. 2:09-cv-1391-LDG (RJJ)

**ORDER**

The defendant, Church Mutual Insurance Company, moves to bifurcate (##8, 13) the trial of plaintiff's first claim for relief–alleging breach of contract–from her second and third claims for relief–alleging an Unfair Claims Practice claim in violation of Nev. Rev. Stat. 686A.310 and a breach of the covenant of good faith and fair dealing claim. Church Mutual requests that the second and third claims be tried subsequent to the trial of her breach of contract claim. The plaintiff has not opposed the motion, indicating her consent to the granting of the motion. *See* LR 7-2(d).

    Accordingly, for good cause shown,

THE COURT **ORDERS** that Church Mutual Insurance Company's Motion to Bifurcate (#8) is GRANTED.

DATED this _27_ day of May, 2010.

_____
Lloyd D. George
United States District Judge