Leland E. Backus, Esq.
Nevada Bar No. 473
**BACKUS CARRANZA**
3050 S. Durango Drive
Las Vegas, NV 89117
Tel. (702) 872-5555
Fax (702) 872-5545
Email: gbackus@backuslaw.com

*Attorneys for Church Mutual Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA PRUITT-LEMLEY, individually, | Case No.: 2:09-cv-01391-LDG-RJJ |
| Plaintiff, | |
| vs. | |
| CHURCH MUTUAL INSURANCE COMPANY, DOES 1 through 5; and ROE CORPORATIONS 1 through 5, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Defendant, Church Mutual Insurance Company, by and through its undersigned attorney, Leland Eugene Backus, Esq. of Backus • Carranza, and Plaintiff, Cynthia Pruitt-Lemley, by and through her attorney, Brian Lunt, Esq. of Aaron & Paternoster, Ltd., do hereby stipulate that all matters pending between them herein have been resolved and settled, pursuant to which they jointly stipulate to and move for dismissal of this action, including all claims and counterclaims between them, with prejudice.

IT IS HEREBY AGREED AND STIPULATED that this civil action, including both bifurcated parts of said action, shall be dismissed with prejudice, each side to bear their own attorneys' fees and costs; with, however, the Court retaining jurisdiction to enforce the terms of

the parties' settlement.

Dated: November 17, 2010

                                        **BACKUS CARRANZA**

                                        Leland E. Backus, Esq.
                                        Nevada Bar No. 473
                                        **BACKUS CARRANZA**
                                        3050 S. Durango Drive
                                        Las Vegas, NV 89117
                                        Tel. (702) 872-5555
                                        Fax (702) 872-5545
                                        Email: gbackus@backuslaw.com

                                        *Attorneys for Church Mutual Insurance Company*

Dated: November 17th, 2010

                                        **Aaron & Paternoster, Ltd.**

                                        Glenn A. Paternoster, Esq.
                                        Nevada Bar No. 5452
                                        Brian Lunt, Esq.
                                        Nevada Bar No. 11189
                                        2300 W. Sahara Avenue
                                        Suite 650
                                        Las Vegas, NV 89102
                                        Tel: 702-384-4111
                                        Fax: 702-387-9739
                                        brian@aaronpaternoster.com

IT IS SO ORDERED.

DATED: 18 Nov 2010

                                        Lloyd D. George
                                        Sr. U.S. District Judge